# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| **CORTEZ L. HARDIN, SR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 1:17-cv-00097 |
| ) | |
| **BUCKY ROWLAND, et al.,** ) | **JUDGE CAMPBELL** |
| ) | **MAGISTRATE JUDGE FRENSLEY** |
| Defendants. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 37), which was filed on June 7, 2021. Through the Report and Recommendation, the Magistrate Judge recommends that the motion to dismiss filed by Defendants Jordan Barber and Darien Nagel (Doc. No. 34) be granted. The motion to dismiss and the Report and Recommendation were sent to Plaintiff's address of record; both were returned as undeliverable. (*See* Doc. Nos. 36, 38).

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 37 at 5). No objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendants' motion to dismiss (Doc. No. 34) is **GRANTED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE